**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES D. HORTON, III**                                                        **PLAINTIFF**

**V.**                                    **4:11CV00358 BRW-HDY**

**C. CHANEY,** *et al.*                                                         **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge H. David Young and the filed objections.[1]  After

carefully considering these documents and making a *de novo* review of the record in this case, the

Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and

hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The England Police Department is DISMISSED as a party to this case;

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 1st day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 11.