IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JAMES D. HORTON, III**                                                                                    **PLAINTIFF**

V.                                        NO: 4:11CV00358 BRW/HDY

**C. CHANEY** *et al.*                                                                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.[1] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's motion for a temporary restraining order and hearing date (Doc. No. 18) is DENIED.

2.     The Clerk is directed to update the docket sheet to reflect Plaintiff's jury demand.

DATED this 15th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.

1