# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JAMES D. HORTON, III                                                                                                  PLAINTIFF
ADC #655091

V.                                          NO: 4:11CV00358 BRW/HDY

CHRISTIAN CHANEY *et al.*                                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge  (if such a  hearing is granted)  was not  offered at  the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

1

>hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff James D. Horton, III, filed this complaint on April 26, 2011, and was pursuing claims relating to the alleged use of excessive force and denial of medical care. On February 12, 2013, Plaintiff filed a motion to voluntarily dismiss his complaint with prejudice, asserting that the issues in his complaint have been resolved, and that no counsel of record opposes the motion (docket entry #119). For good cause shown, the motion should be granted, and Plaintiff's complaint should be dismissed with prejudice.

IT IS THEREFORE RECOMMENDED THAT Plaintiff's motion to voluntarily dismiss his complaint (docket entry #119) be GRANTED, and Plaintiff's complaint be DISMISSED WITH PREJUDICE.

DATED this __12__ day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE