IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JAMES D. HORTON, III                                                                                    PLAINTIFF
ADC #655091

V.                                          NO: 4:11CV00358 BRW

CHRISTIAN CHANEY *et al.*
                                                                                                        DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his complaint (docket entry #119) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 26th day of February, 2013.

/s/BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE