IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JAMES D. HORTON, III                                                    PLAINTIFF
ADC #655091

V.                                    NO: 4:11CV00358 BRW

CHRISTIAN CHANEY *et al.*
                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 26th day of February, 2013.

/s/ BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE